

# NUMBER 13-21-00195-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

WILLIAM (BILLY) MCCASKILL JR.,                                          Appellant,

v.

O.F. JONES III,                                                              Appellee.

On appeal from the 135th District Court
of Victoria County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Silva
Memorandum Opinion by Justice Benavides**

This cause is before the Court on its own motion. On June 28, 2021, the Clerk of the Court notified appellant that the appeal has not been timely perfected, so that steps could be taken to correct the defect, if it could be done. Appellant was advised that, if the defect was not corrected within ten days from the date of the Court's letter, the appeal

would be dismissed. Furthermore, on July 16, 2021, the Clerk of the Court notified appellant he was delinquent in remitting the $205.00 filing fee and, if the fee is not paid within 10 days, the appeal would be dismissed. Appellant has failed to cure the defect, failed to respond to this Court's notices, and failed to pay the filing fee.

The Court, having examined and fully considered the documents on file and appellant's failure to timely perfect his appeal, is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly, the appeal is hereby dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a)(c).

GINA BENAVIDES
Justice

Delivered and filed on the
26th day of August, 2021.